# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2023-2608

—————————————————

GLOBAL HOOKAH DISTRIBUTORS,
INC.,

    Appellant,

    v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO,

    Appellee.

—————————————————

On appeal from the Division of Administrative Hearings.
E. Gary Early, Administrative Law Judge.

February 26, 2025

PER CURIAM.

    AFFIRMED under the analysis set out in the majority opinion filed in Case No. 1D2023-3308.

B.L. THOMAS and TANENBAUM, JJ., concur; ROBERTS, J., dissents.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Gerald J. Donnini and Jonathan W. Taylor of Moffa, Sutton, & Donnini P.A., Fort Lauderdale, for Appellant.

Brooke Elizabeth Adams, Department of Business and Professional Regulation, Tallahassee, for Appellee.